CRITERION ADVERTISING COMPANY, INC., Plaintiff-Appellee, *v.* SPORTSMAN's PARK *et al.*, Defendants-Appellants.

(No. 56294;

First District—December 4, 1972.

216

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Nash, Ahern & McNally, of Chicago, for appellants.

George W. Hamman, of Mayer, Brown & Platt, of Chicago, for appellee.